UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVE PILLOW, | )<br>) |
|     Plaintiff, | )  CASE NO. CV 04-6472 AJW<br>) |
| v. | )<br>) |
| JO ANNE B. BARNHART,<br>Commissioner of the<br>Social Security Administration, | )  J U D G M E N T<br>)<br>)<br>) |
|     Defendant. | )<br>) |

**IT IS ADJUDGED** that the decision of defendant is reversed, and the case is remanded to defendant for further proceedings consistent with the Memorandum of Decision filed concurrently herewith.

DATED: August 9, 2005

/s/

ANDREW J. WISTRICH
United States Magistrate Judge